UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| RUTH A. BROWN,<br>(Social Security No. XXX-XX-6439),<br><br>           Plaintiff,<br><br>           v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL SECURITY,<br><br>           Defendant. | 3:07-cv-99-WGH-RLY |

**FINAL JUDGMENT ENTRY**

This case is **REMANDED** for further proceedings consistent with the Memorandum Decision and Order entered this date.

**Entered:** March 18, 2009

_____
WILLIAM G. HUSSMANN, JR.
Magistrate Judge

Laura Briggs, Clerk
U.S. District Court


By:_____
      Deputy Clerk


**Electronic copies to:**

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov

J. Michael Woods
WOODS & WOODS
mwoods@woodslawyers.com